DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN PARRISH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3715

[March 19, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case Nos. 12-012178CF10A and 12-014475CF10A.

Steven Parrish, Doral, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

Warner, Conner and Kuntz, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***